# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL LOCKE** | : | |
| | : | |
| vs. | : | **CIVIL ACTION NO. 20-2127** |
| | : | |
| **THE Q GROUP BUILDERS, INC.** | : | |

## ORDER

This 4th day of March, 2021, it is hereby **ORDERED** that Plaintiff's Motion to Enforce, ECF 11-2, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge
